THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES MARTINE, Appellant, against WILLIAM HUNT, as Warden of Attica State Prison, Respondent.

Submitted January 2, 1945; decided January 11, 1945.

*James Martine,* in person, for motion.

No one opposed.

Motion denied on the ground that habeas corpus is not the proper remedy.